# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Charles and Mary Jane Macgill      *

319 Gun Road

Halethorpe, MD 21227      *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

        vs.      *       Civil No.: GLR 13CV1017
                                                                              *(Leave blank. To be filled in by Court.)*

Baltimore County of Maryland

Kevin Kamenetz County Executive      *
Executive Office,
400 Washington Avenue
Towson, MD 21204

Edward Adams Director of Public Works
County Office Building
111 W. Chesapeake Avenue, Suite 307
Towson, MD 21204

*(Full name and address of the defendant(s))*
            **Defendant(s)**      *
                                            ******

## COMPLAINT

1.      Jurisdiction in this case is based on:

         ☐      Diversity (none of the defendants are residents of the state where plaintiff is a resident)

         ☒      Federal question (suit is based upon a federal statute or provision of the United States Constitution)

         ☐      Other (explain) _____

_____

_____

2. The facts of this case are:
This is a compliant based on a violation of the 14th Amendment of the United States Constitution Equal Protection of the law under Title VI.
Baltimore County failures emanates from the Public Water Laws of the United States. From United States Code (USC) to Code of Federal Regulation (CFR) to Code of Maryland (COMAR) to Baltimore County Code (BCC) has continually violated the intent and requirements of the Water laws as applied to my community and family
This has created:
1. A failure of equal protection of Heath, Welfare and Ecology dictated by the Water laws to the community of Gun Road and my family.
2 A situation of discriminated against the community of Gun Road and my family by failing to provide equal access to a public facility.
In my opinion Baltimore County has continually violated the intent and requirements of equal protection under the regulations generated from the  following laws:
i. 1948 Water Pollution Control Act PL 80-845
ii. 1965 Water Quality Act PL 89-234
iii. 1966 Clean Water Restoration Act PL 89-753
iv. 1969 National Environmental Policy Act PL 91-190
v. 1970 Water Quality Improvement Act PL 91-224
vi. 1972 Federal Water Pollution Control Amendments PL 92-500
vii. 1977 Amendments  to the CWA PL 95-217
viii. 1987 Water Quality Act PL 100-4

**THE TITLE VI BREACH**

Prior to the passage of the above Public Laws and the regulations that followed, the State of Maryland during the years of 1960 received numerous Federal grant funds to address the above Public Laws and regulations when created.
The funds that apply to this complaint where used in 1971 to **build a public sewerage system** in Baltimore County know as the Patapsco Interceptor. This system was necessary because of the enormous residential and industrial septic pollution being discharged into the Patapsco River along the Southern border of Baltimore County. In Baltimore County for miles along the border this is the water shed area of the Patapsco River. As a result, the Interceptor along the river protected residents and commercial business from violating the coming Water Laws and their regulations <u>except one community that of Gun Road</u>. During the period between the time the Interceptor was completed and currently, Baltimore County has failed to review the edicts of the Water Laws as to the extent they impact the **health, welfare and ecological needs** of the residents of Gun Road. To this day no water quality analysis has been conducted nor has any septic systems review been implemented to determine their impact on the creeks and streams of the water shed area. The litany of the ad hoc approach taken by Baltimore County can be shown in the following table. <u>**The failure of Baltimore County to address the CWA laws and regulations has now placed a hardship on my wife and I.**</u>

## BALTIMORE COUNTY
## PATAPSCO RIVER INTERCEPTOR SEWERRAGE CONNECTIONS

| NAME | YR | CLASS* | REASON | LOC** |
|---|---|---|---|---|
| OELLA | 1970'S | RC | Initial hookup to the Interceptor | SS |
| WESTCHESTER | 1970'S | RC | Initial hookup to the Interceptor | SS |
| FREDERICK RD | 1970'S | RC | Initial hookup to the Interceptor | RS |
| DANIELS MILLS | 1970'S | C | Initial hookup to the Interceptor – now rental units | O |
| FLOUR MILL | 1970'S | C | Initial hookup to the Interceptor | O |
| SIMSON MILLS | 1970'S | C | Initial hookup to the Interceptor, proliferate polluter | OG |
| UMBC SOUTH | 1980'S | PC | 22+ failing leach pits - plenty of land to replace sys | RR |
| CCBC | 1985'S | P | failing on site waste treatment plant*** | FR |
| OBLATE SISTERS | 1990'S | NAA | failing septic system – plenty of land to replace sys | GR |

* CLASS CODES –  RC   => Residential and Commercial mix
                          C    => Commercial Only
                          PC   => Public and Commercial mix
                          P    => Public Only
                          NAA  => Non Profit African American (Race)

** LOCATION CODES
                 SS => Sub division of streets – mix of high & low density houses
                 RS => Residential street
                 O  => Oella sub division of streets
                 OG => Orange Grove
                 RR => South Rolling Road slightly east of Gun Road
                 FR => Frederick Road at east end of Oella Ave to west end of Oella Ave
                 GR => Gun Road north end
*** Could have been enlarged – created opportunity for the development of College Hills

The table above shows that during and after the initial installation in the 1970s through the 1990s that Gun Road was by passed. Gun Road is a street that has had public water service for over 100 years.

3. The relief I want the court to order is:

☒ Damages in the amount of: $2,000,000 _____

☒ An injunction ordering: Order the County to install holding tanks and pump sewage until house is serviced with a sewer conection _____

☐ Other (explain) _____

_____

April 4, 2013 _____
(Date)

*Mary Jane Macgill*
*Charles G. Macgill*
_____ (Signature)

CHARLES G. and MARY JANE MACGILL

319 GUN ROAD

HALETHORPE, MD 21227

410-458-5211
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.